UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>MAAR TENG RAMBANG,<br>         Defendant. | CASE NO. CR22-215 JHC<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Carjacking

2. Using a firearm during a crime of violence

3. Attempted robbery

<u>Date of Detention Hearing</u>:   January 18, 2023

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Because the defendant is charged with a violation of 18 U.S.C. § 924(c) there is a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

Defendant has a criminal history that includes multiple convictions for theft.  In the instant case, it is alleged that he brandished a firearm on three occasions in one day in order to carjack victims, discharging the firearm on two occasions and injuring victims both times.  It is also alleged that he attempted to elude police by engaging in a high-speed car chase at over 100 miles per hour.  It is alleged that he also entered a store and threatened victims in order to obtain oxycodone, and attempted to shoot his firearm, which jammed.  Defendant has a significant history of drug addiction and family members have expressed concern regarding mental health issues.

2.      Defendant poses a risk of nonappearance based on reported substance abuse, indications of mental health issues, lack of employment and attempts to escape the police, both prior to the arrest and while in custody.  Defendant poses a risk of danger based on the extremely violent nature of the instant offense, substance abuse and indications of mental health concerns.

3.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

DETENTION ORDER
PAGE -2

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of January, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3