JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAAR TENG RAMBANG,

    Defendant.

No. CR22-215-JHC

ORDER FOR COMPETENCY EVALUATION AND HEARING

Based on the defense's unopposed motion for a competency evaluation pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. §§ 4247 (b), (c), and on the records in this case, the Court finds there is reasonable cause to believe that Maar Rambang may presently suffer from a mental disease or defect that renders him unable to assist properly in his defense and to understand the nature and consequences of the proceedings against him. Accordingly, the motion for a competency evaluation is GRANTED.

IT IS ORDERED that Maar Rambang undergo an evaluation to be conducted within 30 days at the Federal Detention Center at SeaTac, Washington, or at another Bureau of Prisons' facility, to determine his mental competency. A hearing on the matter will be scheduled after the completion of the evaluation.

IT IS ORDERED that the delay resulting from this evaluation and related hearings is excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(A). IT IS FURTHER ORDERED that, considering the anticipated delay to the proceedings, the pretrial motions deadline and the trial date

ORDER FOR COMPETENCY
EVALUATION AND HEARING
(*U.S. v. Rambang*, CR22-215-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

are stayed. The parties are instructed to submit for the Court's consideration a case scheduling order at the conclusion of the competency proceedings.

DONE this 21st day of August 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Maar Teng Rambang

ORDER FOR COMPETENCY
EVALUATION AND HEARING
(*U.S. v. Rambang*, CR22-215-JHC) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100