UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAAR TENG RAMBANG,<br><br>Defendant. | CASE NO. CR22-215-JHC<br><br>ORDER EXTENDING TIME TO COMPLETE COMPENTENCY EVALUATION AND TO SUBMIT REPORT |

    THIS MATTER comes before the Court pursuant to a letter dated September 24, 2024, to the Court from A. Cooper, Warden of the Federal Detention Center in Seattle (FDC SeaTac). In accordance with the Court's Order dated August 21, 2024 (Dkt. # 34), Defendant Rambang has been committed to FDC SeaTac for a period of study to determine his mental competency.

    Because of the "complexity of the case," Cooper has requested a 15-day extension of time for Dr. Ryan Nybo, Psy.D., to conduct the evaluation. Cooper proposes that the evaluation period end on November 2, 2024, with the final report to be submitted "as soon as practicable."

    The Court has conferred with counsel and there is no objection to the requested extension of time.

ORDER EXTENDING TIME TO COMPLETE COMPENTENCY EVALUATION AND TO SUBMIT REPORT - 1

Thus, the Court GRANTS Cooper's request for an extension. The study period as it relates to Defendant Rambang's mental competency is extended to November 2, 2024, with the final report to be submitted as soon as practicable.

The Court FURTHER ORDERS, pursuant to 18 U.S.C. § 3161 (h)(1)(A), that the additional time required to perform the examination of Defendant Rambang be excluded in computing the time that trial must commence.

Dated this 7th day of October, 2024.

John H. Chun
United States District Judge

ORDER EXTENDING TIME TO COMPLETE COMPENTENCY EVALUATION AND TO SUBMIT REPORT - 2