UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAAR RAMBANG,<br><br>Defendant. | NO. CR22-215 JHC<br><br>ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL |

The Court held a hearing on December 13, 2024, to determine whether Defendant Maar Rambang is competent to stand trial.  For the reasons below, the Court finds Defendant competent.

On August 20, 2024, defense counsel filed an unopposed motion for a competency evaluation and hearing.  Dkt. # 33.  The Court granted that motion and ordered Mr. Rambang to undergo a competency evaluation.  Dkt. # 34; *see* 18 U.S.C. § 4241(a).  The Court also stayed the pretrial motions deadline and the trial date, pending the conclusion of the competency proceedings.  Dkt. # 34.

Defendant was then designated to the Federal Detention Center in SeaTac and evaluated by Bureau of Prisons psychiatrist Dr. Ryan Nytbo.  In his report, Dr. Nybo found that Mr. Rambang is competent to stand trial.  Dkt. # 37 (sealed report).

Defendant appeared before the Court on December 13, 2024, with his counsel. At that hearing, the defense did not object to the finding in the BOP psychiatrist's evaluation that Defendant is competent to stand trial.

Having considered the evidence presented at the competency hearing, including the report of the BOP psychiatrist and the other records of this case, along with the Court's own observations of Defendant and the statements of counsel, the Court finds Mr. Rambang competent to stand trial. A preponderance of the evidence establishes that he is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(d). Accordingly, Mr. Rambang is competent to stand trial.

All time between the date of the Court's Order granting the competency review (August 21, 2024) and the date of this Order is excluded from the speedy-trial calculation under 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(F), and 3161(h)(1)(H).

IT IS SO ORDERED.

Dated this 13th day of December, 2024

_____
JOHN H. CHUN
United States District Judge