UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAAR TENG RAMBANG,<br><br>Defendant. | CASE NO. CR22-215-JHC<br><br>ORDER |

Before the Court is Defendant's Motion to Extend Pretrial Motions Deadline. Dkt. # 49. The Court has considered the materials filed in support of and in response to the motion as well as the rest of the file. The Court GRANTS the motion and EXTENDS the pretrial motions deadline to Friday, December 5. 2025.

DATED this 10th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 1