UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAAR RAMBANG,<br><br>                    Defendant. | NO. CR22-215 JHC<br><br>**ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE REGARDING CONDUCT OF *PRO SE* DEFENDANT** |

Before the Court is the government's Motion in Limine Regarding Conduct of *Pro Se* Defendant, Dkt. # 59. The motion is unopposed. The Court grants the motion and ORDERS as follows:

1. During the trial in this matter, Mr. Rambang is prohibited from testifying while acting in his role as counsel. He may provide testimony only if and when he has taken an oath as a witness and is subject to cross-examination.

2. Mr. Rambang is further prohibited, during the trial, from referring in any way to the potential sentence he may face upon conviction.

Dated this 26th day of January, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge

Order Granting Motion in Limine
*United States v. Rambang,* CR22-215 JHC – 1