UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAAR RAMBANG,

Defendant.

No. CR22-215 JHC

ORDER GRANTING UNOPPOSED MOTION FOR STANDBY COUNSEL TO APPEAR AS COUNSEL

The Court has considered the motion of the defendant to approve current standby counsel's formal appearance as counsel for Mr. Rambang, Dkt. # 98, which the government does not oppose, and finds that the facts set forth in the motion establish good cause to grant the motion. The Court therefore GRANTS the motion and ORDERS that Mr. Black shall serve as Mr. Rambang's counsel for the remainder of the case.

DONE this 27th day of March, 2026.

John H. Chun
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
STANDBY COUNSEL TO APPEAR AS COUNSEL
(*Maar Rambang*; CR22-215 JHC) - 1